IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:15-CR-152-A |
| MATTHEW RYAN THOMPSON (06) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The United States Marshal for the Northern District of Texas
Dallas County Sheriff's Department,
2500 Urban Drive, Dallas, Texas 76106

Pursuant to the Order of a United States District Judge for the Northern District of Texas, the Warden, Dallas County Sheriff's Department, Dallas, Texas, is commanded to surrender James Gatlin year of birth, 1971, to the United States Marshal for the Northern District of Texas, and the United States Marshal is here commanded to bring Matthew Ryan Thompson defendant herein, who is presently in custody of the Dallas County Sheriff's Department, Dallas, Texas, before the United States District Court, United States District Judge, forthwith, to appear for prosecution in the above numbered cause, and after the conclusion of all proceedings in this cause, the United States Marshal is to return Matthew Ryan Thompson under safe and secure conduct to said defendant's original place of custody or other appropriate authority.

SIGNED ON July 7, 2015

BY: _____
DEPUTY

KAREN MITCHELL
UNITED STATES DISTRICT CLERK

## **RETURN**

RECEIVED this writ on _____, and executed same by delivering Matthew Ryan Thompson year of birth 1971, to the custody of the United States Marshal for the Northern District of Texas for appearance before the United States District Judge at Fort Worth, Texas on _____.

_____

## **FINAL RETURN**

Final return and execution of this writ is hereby made by delivering Matthew Ryan Thompson year of birth 1971 from the custody of the United States Marshal for the Northern District of Texas to _____on _____.